■ In the Matter of JANE B. MOFFATT, Respondent, v FRANK R. MOFFATT, Appellant. — Order unanimously modified and, as modified, affirmed, without costs, in accordance with the following memorandum: Respondent appeals from an order pursuant to section 438 of the Family Court Act directing him to pay $3,500, plus disbursements, to petitioner as reimbursement for the costs of legal services incurred during an appeal and collection efforts in connection with bills for orthodontic treatment and eyeglasses for the parties' children. Considering all of the relevant factors, including the amount in controversy and the nature and extent of the services performed, we find the fee excessive. The order is modified to direct payment of a fee of $1,500, plus disbursements. (Appeal from order of Monroe County Family Court, Willis, J. — attorney's fees.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v WILLIAM T. ROYLE, Defendant. — Motion for change of venue denied. Memorandum: On the basis of the record before us we find no reason to believe that defendant cannot get a fair and impartial jury trial in Erie County. A jury of 12 and 2 alternates were sworn on Friday, February 19, 1982, after an exhaustive and probing *voir dire* conducted by the court and counsel. We note that 13 of the 14 seated jurors were accepted without challenge. Defendant has called to our attention an article published in the *Buffalo Courier-Express* on February 21, 1982. It does not appear whether any juror has been affected by that or any other news report published subsequent to the date the jury was sworn. Present — Dillon, P. J., Hancock, Jr., Doerr, Boomer and Schnepp, JJ. (Order entered Feb. 25, 1982.)